**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**
No. 97-3798EM

| | | |
|---|---|---|
| Sheri Sutton, for Nicola J. Sutton, a minor, | * * * | |
| Appellant, | * * | Appeal from the United States District Court for the Eastern |
| v. | * * | District of Missouri. |
| Kenneth S. Apfel, Commissioner of Social Security Administration, | * * * * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: April 17, 1998
Filed: April 22, 1998

_____

Before FAGG, WOLLMAN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Sheri Sutton, for Nicola J. Sutton, a minor, appeals the district court's grant of summary judgment affirming the Social Security Commissioner's denial of Sutton's application for child's survivor's benefits. Having reviewed the record and the parties' briefs, we conclude that no error of law or fact appears and that an opinion would lack precedential value. We affirm the district court's judgment. See 8th Cir. R. 47B.

A true copy.

Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.